# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| **Theodore Antonio Ferguson,**<br><br>Petitioner(s),<br><br>vs.<br><br>**Wilkes County Superior Court, et al.,**<br><br>Respondent(s). | JUDGMENT IN CASE<br><br>5:20-cv-00100-KDB |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 15, 2021 Order.

April 15, 2021

Frank G. Johns, Clerk
United States District Court